UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 2:26–cv–02165–TLN-SCR<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). The Court now recommends that the action be dismissed for Plaintiff's failure to pay the filing fee.

On June 15, 2026, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On June 22, 2026, this Court issued an order which denied the motion to proceed IFP and allowed Plaintiff 21 days to pay the filing fee. ECF No. 3. Plaintiff's motion was denied because her reported monthly income vastly exceeded her reported expenses. *Id*. at 2. Thus, Plaintiff was to pay the filing fee by July 13, 2026. The Court's order cautioned that failure to pay the filing fee would lead to a recommendation that the action be dismissed. ECF No. 3 at 2. Plaintiff has not paid the filing fee or otherwise responded to the Court's order. As Plaintiff has not paid the filing fee or been granted leave to proceed IFP, Plaintiff's action may not proceed. See *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999) ("An action may

proceed despite failure to pay the filing fees only if the party is granted IFP status.”).

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. This action be dismissed without prejudice; and
2. The Clerk be directed to enter Judgment and close this case.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, either party may file written objections with the court. The document should be captioned “Objections to Magistrate Judge's Findings and Recommendations.” The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court’s order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE