UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHELLA C. ALFARO BRITTANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:26-cv-02165-TLN-SCR

**ORDER**

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On July 22, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days.[1] (ECF No. 4.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has

[1] Though the docket shows service by mail of the findings and recommendations was returned as not deliverable as addressed, under Local Rule 182(f), pro se parties are under a continuing duty to notify the Clerk of any change of address, and absent such notice, service to the address of record is deemed fully effective.

reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 22, 2026 (ECF No. 4) are ADOPTED in full;

2. This action is DISMISSED without prejudice; and

3. The Clerk of the Court is directed to enter Judgment and close this case.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE